IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr271

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>ILA LITTLE HOWARD )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a sentence reduction based on alleged errors in her presentence report (PSR). (Doc. No. 446).

The defendant complains that she received a one-level increase for using a minor that she never knew was involved and a four-level increase for organizing the conspiracy which is not supported by her back account balance at the time. The judgment imposing the defendant's sentence was entered on February 16, 2007. (Doc. No. 353). The Fourth Circuit dismissed her appeal on April 7, 2008. (Doc. No. 424: Judgment). The defendant has not provided any basis in law to reduce her sentence based on these claims.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: January 21, 2009

Robert J. Conrad, Jr.
Chief United States District Judge