IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr271

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ILA LITTLE HOWARD (3) ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to allow her to communicate with her son, Tracy Howard, a co-defendant in her case. (Doc. No. 447).

Both Ila and Tracy Howard are in the custody of the Bureau of Prisons (BOP). According to the documents attached to the motion, it appears that the restriction has been imposed by the BOP based on review of information in its files and the recommendation of the prosecuting Assistant United States Attorney. The defendant has not shown that this Court has authority to alter such a decision. See e.g. White v. Keller, 588 F.2d 913, 914 (4th Cir. 1978) (no constitutional right to unregulated visitation); Turner v. Safley, 482 U.S. 78, 89 (1987) (prison regulations valid if related to legitimate penological interests).

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion is **DENIED**.

Signed: October 22, 2009

Robert J. Conrad, Jr.
Chief United States District Judge