IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00271-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ILA LITTLE HOWARD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on retroactive amendments to the United States Sentencing Guidelines regarding to drug offenses, (Doc. Nos. 526), counsel's Notice of Ineligibility, (Doc. No. 535), and related pleadings.

The defendant's plea to offenses related to prostitution and drug trafficking resulted in a total offense level of 35, a criminal history category of I, and an advisory guideline range of 168-210 months. (Doc. No. 537: Supplemental Presentence Report at 1). The Court imposed an aggregate sentence of 210 months. (Doc. No. 353: Judgment at 2). Although the drug offense level has been reduced by the 2014 amendments, USSG Supp. to Appx. C., Amend. 782 (2014), the total offense level and guideline range remain the same. (Doc. No. 537: Supplemental Presentence Report at 2; Doc. No. 535: Notice of Ineligibility at 1). Accordingly, the defendant is not eligible for a sentence reduction. United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010); USSG §1B1.10 comment. (n.1(A)(ii)) (defendant not eligible for reduction where another guideline provision prevents lowering of guideline range).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 526), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 11, 2016

Robert J. Conrad, Jr.
United States District Judge